**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-1907**

---

NOAH SOLOMON ISRAEL,

                                    Plaintiff - Appellant,

        versus

PAUL CERJAN, President, Regent University; W.
GEORGE SELIG, Provost, Regent University; JOHN
MULFORD, Dean, School of Business; MIKE GRAY,
Academic Advisor, School of Business; JOE
DEBROTA, Assistant Director, Office of Central
Financial Aid, Regent University; REGENT
UNIVERSITY; MICHAEL ASH, Director, Student
Services; CHRISTIAN BROADCASTING NETWORK,
INCORPORATED (CBN); REGENT UNIVERSITY SCHOOL
OF BUSINESS,

                                    Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca B. Smith, District Judge.
(CA-00-457-2)

---

Submitted:  October 18, 2001          Decided:  October 25, 2001

---

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Noah Solomon Israel, Appellant Pro Se.  John David Radd, Jeffrey
Scott Kerr, Lavonda Nicole Graham, HUFF, POOLE & MAHONEY, P.C.,
Virginia Beach, Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Noah Solomon Israel appeals the district court's order dis-
missing his discrimination action.  We have reviewed the record and
the district court's opinion and find no reversible error.  Accord-
ingly, we affirm on the reasoning of the district court.  Israel v.
Cerjan, No. CA-00-457-2 (E.D. Va. June 12, 2001).  We dispense with
oral argument because the facts and legal contentions are adequate-
ly presented in the materials before the court and argument would
not aid the decisional process.

AFFIRMED